[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10672
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00300-JEC-ECS-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARIO FERIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 27, 2015)

Before HULL, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Dario Feria, in this direct
criminal appeal, has moved to withdraw from further representation of the appellant
and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Feria's conviction and sentence are **AFFIRMED**.